# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2528
LT Case No. 2023-10196-PRDL

_____

JOSEPH SALERNO,

    Appellant,

    v.

MARSHA SALERNO and THE
ESTATE OF JOHN SANTORO
SALERNO,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Joseph Salerno, Limon, Colorado, pro se.

Nicholas A. Shannin and Carol B. Shannin, of Shannin Law
Firm, P.A., Orlando, for Appellees.


July 16, 2024

PER CURIAM.

    AFFIRMED.


SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____